**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO: 15-47737-399 |
| LISA MARIE RILEY ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 6 filed by |
| ) |     BENEFICIAL MORTGAGE CO OF MO |
| ) | Acct: 9919 |
| ) | Amount: $82,919.26 |
| **Debtor** ) | Response Due: November 30, 2015 |
| ) | |

### TRUSTEE'S OBJECTION TO CLAIM 6

    COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim of BENEFICIAL MORTGAGE CO OF MO dated November 06, 2015, should be allowed, but the Court should enter an order directing that the claim will not be paid by the Trustee. The plan provides for surrender of the collateral. After sale of the collateral, the creditor may file an amended claim for the deficiency balance.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

### NOTICE OF FILING OF OBJECTION TO CLAIM

    Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO 63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

| | |
|---|---|
| Dated: November 09, 2015 | /s/ John V. LaBarge, Jr. |
| | John V. LaBarge, Jr. |
| OBJCLM--SJC | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO 63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

**15-47737 Trustee's Objection to Claim 6**	11/09/2015  Page 2

 The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of November 09, 2015.

/s/ John V. LaBarge, Jr.

LISA MARIE RILEY
2532 BRAINTREE DR
HIGH RIDGE, MO  63049

BENEFICIAL MORTGAGE CO OF MO
636 GRAND REGENCY BLVD
BRANDON, FL  33510

CONSUMER LAW CENTER OF ST LOUIS
2025 S BRENTWOOD BLVD
STE 206
ST LOUIS, MO  63144

BENEFICIAL MORTGAGE CO OF MO
PO BOX 21188
EAGAN, MN  55121

BUCKLEY MADOLE PC
PO BOX 9013
ADDISON, TX  75001-9013