## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 15-47737-399 |
| LISA MARIE RILEY | ) | Chapter 13 |
| | ) | |
| | ) | Re: Objection to Claim 7 filed by |
| | ) |     CITY & VILLAGE TAX OFFICE |
| | ) |     Acct: XXXXXX0850 |
| | ) | |
| **Debtor** | ) | 3 OBJ: 12/04/2015 |
| | ) | |

### CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

    The Trustee certifies that he made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to his objection or that any opposition has been resolved.

ORDCLM--JS

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.
Standing Chapter 13 Trustee

### ORDER

    Upon Trustee's objection to claim number 7 filed by CITY & VILLAGE TAX OFFICE, for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is allowed but ordered not paid by the Trustee.

**DATED: January 21, 2016**
**St. Louis, Missouri**

**Barry S. Schermer**
**United States Bankruptcy Judge**

Copy mailed to:

LISA MARIE RILEY
2532 BRAINTREE DR
HIGH RIDGE, MO  63049

CONSUMER LAW CENTER OF ST LOUIS
2025 S BRENTWOOD BLVD
STE 206
ST LOUIS, MO  63144

John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

CITY & VILLAGE TAX OFFICE
3 HOLLENBERG CT
BRIDGETON, MO  63044